

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| KENNETH D. MCKEOUGH, | § | No. 08-21-00026-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| CAMELOT TOWNHOMES ASSOCIATION, INC., | § | of El Paso County, Texas |
| | § | (TC# 2019DCV3303) |
| Appellee. | § | |

## **O R D E R**

The Court has received and filed Appellee's notice of dismissal of appellant's bankruptcy case and request for the reinstatement of the instant appeal. Therefore, the above styled and numbered cause is hereby REINSTATED. The Appellant's brief is now due October 31, 2021.

IT IS SO ORDERED this 1st day of October, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.